EMMA L. VAN SISE, as Administratrix of the Estate of BENJAMIN N. VAN SISE, Respondent, *v.* JARVIS SMITH, Appellant.

(Argued October 7, 1930; decided October 21, 1930.)

*Thomas A. Clarke* and *Bernard J. Vincent* for appellant. *John Boyle, Jr.,* for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and complaint dismissed, with costs in all courts, on the ground there is no evidence defendant was negligent; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.